Texas, and *Milton Richardson* and *W. Edmund Notestine,* Assistant Attorneys General, for respondent.

No. 343. AMERICAN FEDERATION OF MUSICIANS ET AL. *v.* STEIN. C. A. 6th Cir. Certiorari denied. *Murray Gartner* for petitioners. *Jonathan J. Foley, Jr.* for respondent.

No. 344. VAUGHAN *v.* PETROLEUM CONVERSION CORP. ET AL. C. A. 2d Cir. Certiorari denied. *James A. Vaughan, pro se. Thomas Cooch* and *Morgan P. Ames* for respondents.

No. 345. LING SHARE YEE ET AL. *v.* ACHESON, SECRETARY OF STATE. C. A. 3d Cir. Certiorari denied. *Samuel B. Waterman* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for respondent.

No. 346. VULCAN FURNITURE MANUFACTURING CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Jess G. Schiffmann* and *Nolan P. Chipman* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent.

No. 347. HARTFORD ACCIDENT & INDEMNITY Co. *v.* FOSTER ET AL., TRADING AS J. M. FOSTER & Co. C. A. 3d Cir. Certiorari denied. *Philip L. Leidy* for petitioner. *William A. Schnader* and *Earl G. Harrison* for respondents.

No. 349. ROY *v.* ROY. Supreme Court of Florida. Certiorari denied. *John Alexander* and *Joseph Sitnick*